# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1595 Disciplinary Docket No. 3 |
| | : |
| | : No. 33 DB 2010 |
| BRIAN S. QUINN | : |
| | : Attorney Registration No. 17602 |
| | : |
| PETITION FOR REINSTATEMENT | : (Delaware County) |
| | : |
| | : |

# O R D E R

**PER CURIAM:**

    **AND NOW**, this 7th day of August, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 13, 2015, the Petition for Reinstatement is granted.

    Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. Pa.R.D.E. 218(f).